THE FALLSBURGH LUMBER COMPANY, a Domestic Corporation, Appellant, v. MEYER ROSENTHAL, Respondent.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground of errors in the reception of evidence of previous transactions between the parties. All concur.

D. WELLINGTON HALL, as Executor, etc., of JENNIE AUBREY, Deceased, Respondent, v. LEWIS CARTER and BESSIE CARTER, Appellants.— Order unanimously affirmed, with costs.

FRED HACKETT, Appellant, v. WILLIAM J. WHITNEY, Individually and as Administrator, etc., of CHARLES H. WHITNEY, Deceased, and Others, Respondents. — Judgment unanimously affirmed, with costs.

HOUSE OF THE GOOD SHEPHERD IN BINGHAMTON, Respondent, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF THE CHURCH OF THE GOOD SHEPHERD IN THE CITY OF BINGHAMTON, COUNTY OF BROOME, STATE OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements, with leave to the appellant to answer within twenty days on payment of such costs and of the costs awarded in the order appealed from. This court does not adopt the reasoning of the court below, but approves of the conclusion that the demurrer should be overruled and the appellant given an opportunity to withdraw the same and to answer.

INTERNATIONAL PAPER COMPANY, Respondent, v. JEREMIAH T. CAREY, Individually and as President of the INTERNATIONAL BROTHERHOOD OF PAPER MAKERS, and Others, Appellants.— Motion denied, with ten dollars costs.

AVEDIS S. KHANZADIAN, Respondent, v. THE GIRARD FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. All concur.

JOHN M. LANE, Respondent, v. BOROUGH PUBLISHING COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

EMILY M. LEWIS, Respondent, v. JAMES SMITH, Appellant.— Order unanimously affirmed, with costs.

SOPHIA MATENSON, Respondent, v. JOSEPH L. FEINSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by CHARLES W. PEAVEY, Respondent, v. H. P. ROBERTSON COMPANY (JAMESTOWN MUTUAL INSURANCE COMPANY, Insurance Carrier), Employer, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

In the Matter of Proving the Last Will and Testament of MAGNUS D. HERBS, Deceased. WILLIAM D. HERBS and Others, Appellants; EMMA E. HERBS and Another, Executors, etc., and Another, Respondents.— Decree unanimously affirmed, with costs against the appellants.